THE STATE EX REL. MONTGOMERY, APPELLANT, *v.* INDUSTRIAL
COMMISSION OF OHIO, APPELLEE, ET AL.

[Cite as *State ex rel. Montgomery v. Indus.
Comm.* (1998), 83 Ohio St.3d 436.]

(No. 97–2637—Submitted August 19, 1998—Decided October 28, 1998.)

*Shapiro, Kendis & Associates Co., L.P.A.,* and *Rachel B. Jaffy,* for appellant.

*Betty D. Montgomery,* Attorney General, and *Jonathan A. Good,* Assistant
Attorney General, for appellee.

The judgment of the court of appeals is affirmed consistent with the opinion of
the court of appeals.

MOYER, C.J., PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

DOUGLAS and RESNICK, JJ., separately dissent.

F.E. SWEENEY, J., dissents and would reverse the judgment of the court of
appeals.

ALICE ROBIE RESNICK, J., dissenting. I would reverse the judgment of the
court of appeals and return the cause to the Industrial Commission pursuant to
*State ex rel. Noll v. Indus. Comm.* (1991), 57 Ohio St.3d 203, 567 N.E.2d 245.